[No. 21259-1-I. Division One. May 22, 1989.]

THE CITY OF BLAINE, *Respondent*, v. LOUIS E. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 86-2-01378-1, David A. Nichols, J., entered September 17, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Grosse, JJ.

[No. 20914-1-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER LYNN KING, *Defendant*, GARY CLINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-01819-5, Edward Heavey, J., entered August 18, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Winsor, JJ.

[No. 20328-2-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. PAMELA V. LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-01032-3, Gerald L. Knight, J., entered April 16, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Forrest, JJ.

[No. 21653-8-I. Division One. May 22, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY A. MADDOX, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 183309R010, John F. Wilson, J., entered November 16, 1987. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Forrest, JJ.